FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2022

No. 04-21-00538-CV

Henry **CARREON**,
Appellant

v.

Joseph **KELLY**, MD, Hussein Waqar, MD, Metropolitan Healthcare System of San Antonio,
Limited LLP d/b/a Metropolitan Methodist Hospital,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-17867
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Sitting:　　Irene Rios, Justice
　　　　　　Beth Watkins, Justice
　　　　　　Liza A. Rodriguez, Justice

On April 21, 2022, appellees filed "Appellees' Joint Motion to Strike or Disregard Appendix to Brief of Appellant and Appellant's Supplement to the Amended Brief." Appellant filed a response opposing the motion on May 4, 2022, and appellees filed a reply on May 11, 2022.

In their motion, appellees argue several documents should be struck from the appellant's appendix because the documents are not part of the appellate record and cannot be considered by this court. "This court must decide cases based on the appellate record as filed, and may not consider documents attached as appendices to briefs." *Carter v. Ball*, No. 04-19-00194-CV, 2019 WL 5030277, at *2 n.4 (Tex. App.—San Antonio Oct. 9, 2019, no pet.) (mem. op.). However, we decline to strike documents from appellant's appendix. The motion is DENIED.

_____
Irene Rios, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court